```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 03 B 50773
  KELLY JACKSON
  LEVITICUS JACKSON                          CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-0280    SSN XXX-XX-3440

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/17/03 and confirmed on 02/23/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  91011.83 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MTGE     CURRENT MORTG      53495.81        .00      53495.81
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE      13694.40        .00      13694.40
FORD MOTOR CREDIT CO      SECURED             3000.00     243.69       3000.00
FORD MOTOR CREDIT CO      SECURED             1600.00     129.93       1600.00
INTERNAL REVENUE SERVICE  PRIORITY             322.61        .00        322.61
GPO AMERICA ONLINE        UNSECURED         NOT FILED        .00           .00
COLLECTION CORP OF AMERI  UNSECURED         NOT FILED        .00           .00
BAKER MILLER MARKOFF KRA  UNSECURED         NOT FILED        .00           .00
WEXLER & WEXLER           UNSECURED         NOT FILED        .00           .00
NORMAN M VOLZ             UNSECURED         NOT FILED        .00           .00
CELLULAR ONE              UNSECURED         NOT FILED        .00           .00
VILLAGE OF BOLINGBROOK    UNSECURED - C        121.01        .00        121.01
CITY OF CHICAGO           UNSECURED            250.00        .00        250.00
COMED                     UNSECURED         NOT FILED        .00           .00
OSI COLLECTION SERVICES   UNSECURED         NOT FILED        .00           .00
US BANK                   UNSECURED           2437.24        .00       2437.24
COLLECT/CREDIT PAC        UNSECURED         NOT FILED        .00           .00
HINCKLEY SPRINGS          UNSECURED         NOT FILED        .00           .00
LERNERS                   UNSECURED         NOT FILED        .00           .00
HARVARD COLLECTION SERVI  UNSECURED         NOT FILED        .00           .00
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
--------------------------------------------------------------------------
NEWSOME REHABILITATION    UNSECURED         NOT FILED        .00           .00
NICOR GAS                 UNSECURED            877.46        .00        877.46
PEOPLES GAS               UNSECURED         NOT FILED        .00           .00
PCS INC                   UNSECURED         NOT FILED        .00           .00
ST FRANCIS HOSPITAL       UNSECURED         NOT FILED        .00           .00
VILLAGE OF MATTESON       UNSECURED         NOT FILED        .00           .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED        .00           .00
```

```
WESTGATE RESORTS CENTER   UNSECURED       NOT FILED              .00            .00
WORLDCOM                  UNSECURED       NOT FILED              .00            .00
CINGULAR WIRELESS         UNSECURED          429.79              .00         429.79
INTERNAL REVENUE SERVICE  UNSECURED         7239.69              .00        7239.69
       Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  71790.21      322.61     11234.18       121.01       83468.01
PRINCIPAL PAID      71790.21      322.61     11234.18       121.01       83468.01
INTEREST PAID         373.62         .00          .00          .00         373.62
TOTAL PAID          72163.83      322.61     11234.18       121.01       83841.63
```

The Debtor's attorney, MELVIN J KAPLAN                     , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    3783.62 .

Refunds to the Debtor totaled $     686.58 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/09/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 03 B 50773 KELLY JACKSON & LEVITICUS JACKSON